UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 1:08-CR-55-4-RLV |
| | ) | |
| RICHARD WALSER TURNER | ) | |
| _____ | ) | |

**ORDER**

This matter is before the Court upon Defendant Richard Turner's Motion To Waive His Appearance At Status Conference currently scheduled for February 10, 2009. The Defendant has shown good cause for the granting of this Motion.

**IT IS THEREFORE ORDERED** that Defendant Richard Turner's Motion To Waive His Appearance At Status Conference is hereby **GRANTED**.

Signed: February 5, 2009

Richard L. Voorhees
United States District Judge