# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:08CR55 / RLV** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **RICHARD WALSER TURNER** | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: January 21, 2010

Richard L. Voorhees
United States District Judge